IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 09-14567 ELF |
| | : | Chapter 13 |
| WILLIAM GLEASON and | : | |
| ANNE GLEASON, | : | |
| Debtors | : | |

| | | |
|---|---|---|
| WILLIAM GLEASON and | : | |
| ANNE GLEASON, | : | Adversary No. 10-00017 |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| NATIONAL PENN BANK, | : | |
| Defendant | : | |

## CERTIFICATION OF SERVICE

I, Dominic A. DeCecco, Esquire, do hereby certify that on February 12, 2010, I caused one (1) copy of National Penn Bank's Answer to Debtors' Complaint to Determine the Validity of Lien Held by Defendant National Penn Bank and to Value Collateral situate at 2947 South 17th St., Philadelphia, PA to be served via first class mail, postage prepaid, to the parties listed on the attached Service List who are not registered for electronic filing.

HARTMAN SHURR

By: _____
Dominic A. DeCecco, Esquire
Attorney I.D. # 79479
1100 Berkshire Blvd., Ste. 301
P.O. Box 5828
Wyomissing, PA  19610
(610) 779-0772
(610) 779-7473 (Fax)

## SERVICE LIST

Michael W. Gallagher, Esquire
628 Germantown Pike
Lafayette Hill, PA 19444

William C. Miller, Esquire
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 1910

William Gleason
Anne Gleason
2947 South 17th Street
Philadelphia, PA 19145