UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     WILLIAM GLEASON | : | |
|         Debtor(s) | : | Bky. No. 09-14567ELF |
| | : | |
| ANNE GLEASON | : | |
|         Plaintiff(s) | : | Adv. No. 10-00017ELF |
| | : | |
| v. | : | |
| | : | |
| NATIONAL PENN BANK | : | |
|         Defendant(s) | : | |

### PRETRIAL ORDER

AND NOW, the plaintiff(s) having filed an adversary proceeding and the defendant(s) having filed a responsive pleading, it is hereby **ORDERED** that:

1. If not already filed, any party that is subject to Fed. R. Bankr. P. 7007.1 shall file the required disclosure on or before **February 24, 2010**.

2. On or before **March 10, 2010**, counsel shall have held and concluded the mandatory discovery conference pursuant to Fed. R. Civ. P. 26(f), incorporated into these proceedings by Fed.R.Bankr.P. 7026. During said conference, the parties shall discuss how to proceed with general discovery and electronic discovery and shall consider whether the discovery and pretrial schedule detailed below in this order is appropriate in this proceeding.

3. On or before **March 17, 2010**, after the conclusion of the parties' discovery conference, **should the parties propose a discovery or pretrial schedule that differs from the one below**, they shall file with the bankruptcy court a report on discovery, as mandated by Fed. R. Civ. P. 26(f). The parties shall detail those differences in their Rule 26(f) report, along with the reasons therefor. The court may, when appropriate, order a hearing based on the information found in the Rule 26(f) report. **If the parties are in agreement with the discovery schedule outlined herein, no report need be filed.**

4. The requirements of Fed. R. Civ. P. 26(a)(1) shall not apply in this adversary proceeding.

5. The following discovery and trial schedule shall be considered by the parties in their

deliberations at their discovery conference:

    a. All discovery shall be completed on or before **April 7, 2010**.

    b. All expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) on or before **April 21, 2010**.

    c. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **April 21, 2010**.

    d. Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court on or before **April 28, 2010**.

    e. A Joint Pretrial Statement shall be filed in accordance with Local Bankruptcy Rule 7016-1 on or before **May 12, 2010**.

6. A mandatory final pretrial/settlement conference shall be held on **May 20, 2010 at 1:00 p.m.** in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.

7. If the adversary proceeding is not resolved prior to the conclusion of the final pretrial/settlement conference, the adversary proceeding shall be set down for trial at the Court's first available date.

8. Each party may file, no later than five (5) days prior to the date of trial, a trial memorandum with service on the opposing part(y)(ies) and a courtesy copy delivered to Chambers. **The trial may be continued only in exceptional circumstances on Motion and leave of Court.**

9. All trial exhibits shall be pre-marked and exchanged by counsel at least three (3) business days prior to the date of trial.

Date: **February 17, 2010**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE