IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: William Gleason<br>xxx-xx-5990<br>Anne Gleason<br>xxx-xx-4504<br>2947 South 17th Street<br>Philadelphia, PA 19145<br><br>Debtors | : CHAPTER 13<br>:<br>:<br>: CASE NO. 09-14567MDC<br>: BKY.    09-17454MDC<br>:<br>: JOINTLY ADMINISTERED<br>:<br>: |
| Anne Gleason<br><br>Plaintiff<br><br>v.<br><br>National Penn Bank<br>Philadelphia & Reading Avenues<br>P.O. Box 547<br>Boyertown, PA 19512<br><br>Defendant | : ADVERSE NO. 10-00017MDC<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this  13th  Day of  May  , 2010, it is

hereby ORDERED that the foregoing Stipulation by and among Plaintiff and Defendant

is hereby approved, ~~and shall be, and hereby is, made an Order of this Court~~.

BY THE COURT:

_Magdeline D. C____
Magdeline D. Coleman
U.S. Bankruptcy Judge.